UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JOSHUA T. DAVENPORT,<br><br>　　　　Defendant. | Case No: 5:21-MJ-00013 JLT<br><br>**ORDER APPOINTING COUNSEL** |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Alekxia L. Torres is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to March 24, 2021. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated: __March 31, 2021__   　　　　_ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE